IN THE UNITED STATES DISTRICT COURT

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

THIS DOCUMENT RELATES TO:                    CIVIL ACTION NO. MDL 875

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

All Cascino Vaughan Law Office
Cases on Attached Exhibit A

    Plaintiff,

  v.                                                Case No.: See Exhibit A (# cases)

Various Defendants

    Defendants.

## MOTION FOR VOLUNTARY DISMISSAL

NOW COMES the plaintiff, by their attorneys, Cascino Vaughan Law Offices, Ltd., and moves this Honorable Court to enter dismissals for the attached cases.

Date: 4/18/06

By: s/ Michael P. Cascino
    Attorney for Plaintiff

Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607
(312)-944-0600

Central District of Illinois Urbana Division

| Name | Case# |
|---|---|
| Albrecht Robert J | 92-1210 |
| Alderman Charles N Sr | 91-2132 |
| Allen Leonard E Jr | 94-2174 |
| Anderson William L | 92-2321 |
| Askins Thomas | 94-2262 |
| Bainter Paul E | 91-1162 |
| Baker Allen L | 91-3154 |
| Baker Lyle E Sr | 91-1143 |
| Balch Max L | 94-2255 |
| Bales Donald E | 93-2231 |
| Barger Leon R | 88-2214 |
| Barnhill Bobby E | 91CV01358 |
| Barth Henry R | 91-1131 |
| Batson Orville J | 91CV02478 |
| Baumgart Robert | 88-2190 |
| Beavers William B Sr | 94-2261 |
| Beck Raymond G Jr | 91-1128 |
| Becker Charles L Sr | 91-1153 |
| Beddow Merle J | 94-2239 |
| Bell Orville L | 94-2267 |
| Belsley Louis G | 91-1148 |
| Blair William E | 91-2179 |
| Block John H | 93-1386 |
| Boaz Charles W Sr | 94-2291 |
| Boote Orlyn E | 93-3097 |
| Borchers David L | 92-2318 |
| Branchfield Del C Jr | 91CV01377 |
| Breymeier Robert G | 921214 |
| Broe James V Sr | 91-1137 |
| Brumleve Gerald C | 91CV02502 |
| Buchanan Howard L | 94-2286 |
| Bunch Robert E | 91-1125 |
| Burdette Earl W | 921220 |
| Burgess Charles L | 93-2227 |
| Burgin Theodore J Jr | 94-2252 |
| Burgin Theodore J Sr | 94-2253 |
| Burroughs Gerald I | 91CV01376 |
| Burt Floyd C Jr | 94-2293 |
| Carlock Jack M | 91CV3335 |
| Carr Phillip J | 93-2228 |
| Casner Frederick W | 94-2273 |
| Chamberlain Gerald J | 91-2182 |
| Chambers Jesse | 921219 |



EXHIBIT A

Central District of Illinois Urbana Division

| Name | Case# |
|---|---|
| Chaney Melvin D | 92-1509 |
| Charvat John M Sr | 94-1312 |
| Clapp Louis R | 91-2174 |
| Clemons Richard L | 92-1495 |
| Coker Forrest E | 91-3147 |
| Cole Harry D | 91-1152 |
| Cook William B | 923286 |
| Cornwell Leslie R Sr | 94-2269 |
| Cox Donald E Sr | 94-2247 |
| Coyle William J | ~~91L190~~ 93-2001 |
| Craig Kenneth G | 91CV01360 |
| Creek Richard M | 94-2268 |
| Creek Robert A Sr | 91CV02479 |
| Croy Ivan D | 91CV02500 |
| Dace Russell D | 91CV01361 |
| Davis Frank R | 91-1127 |
| Davis James W | 93-2232 |
| Day Henry H | 91-1165 |
| De Clerk John W | 94-2292 |
| Dean William G | 88-cv-02217 |
| Debolt Russell W Sr | 91CV01409 |
| Dickson Marion L | 93-1229 |
| Dimarco Antonio | 94-2257 |
| Diskin Cyril E | 93-2118 |
| Dodson Earl J | 91-1154 |
| Drotos Joseph F | 94-2270 |
| Eaton Charles R | 91CV02476 |
| Ebert Gene L | 91-1146 |
| Edbrooke Richard C | 94-2260 |
| Edwards John O | 91-1126 |
| Ellis Dean L Sr | 92-3287 |
| Endsley Robert L | 94-2271 |
| Estock Richard E | 91-2180 |
| Estock Robert S | 94-2272 |
| Fascian John V | 91CV01357 |
| Fast Raymond L | 94-1314 |
| Fengel Gale B | 91-1147 |
| Flessner Harold L | 91CV01380 |
| Flynn Oliver A Jr | 93-2135 |
| Flynn Vincent D | 923284 |
| Fonner Larry W Sr | 94-2175 |
| Foster Richard V Sr | 94-2258 |
| Frampton William E | 91-1151 |

Central District of Illinois Urbana Division

| Name | Case# |
|---|---|
| Friedrich Charles H | 94-2198 |
| Fritsch George B | 94-2295 |
| Fuller Warren L | 92-2129 |
| Funk Donald R | 91-3148 |
| Garner Ray | 91CV01356 |
| Gatterman John H | 93-2226 |
| Gay John H | 91-1133 |
| Gomer Sherman M | 91-1166 |
| Goodlick Richard | 91CV01355 |
| Gorman Daniel E | 91-1156 |
| Graber James L | 91CV01346 |
| Grimes William E Sr | 91CV02489 |
| Guler Roger O | 91-1136 |
| Gulotta Jake A | 94-03153 |
| Gulotta Peter C | 94-2240 |
| Haddon Harold W | 91-2183 |
| Halberg Richard A | 92-1507 |
| Hall Henry D | 92-1511 |
| Hamm James C Sr | 92-3105 |
| Hamm Virgil D Sr | 91CV01396 |
| Hansgen Darrell F | 93-2120 |
| Hansgen Michael R | 93-2117 |
| Happekotte Michael E | 923290 |
| Harris Bernard J | 94-2275 |
| Hartman Jerald D | 94-2274 |
| Haxton Clem J | 92-3102 |
| Hayes Gerald L | 92-1213 |
| Hazel Marion R | 92-2311 |
| Heady Dane | 91-2186 |
| Heller Gene A | 94-2285 |
| Henrichs Marvin E Sr | 91-1139 |
| Henricks Kenneth D | 91-1157 |
| Herren Richard | 92-1506 |
| Hill Jack H | 92-1505 |
| Hillyer Richard B Sr | 91-2176 |
| Horn Henry W Sr | 94-2287 |
| Hubert Dale L Sr | 922128 |
| Hygnstrom Andrew C | 94-2279 |
| Jarc Frank | 93-2132 |
| Johnson Jerry L Sr | 91-2190 |
| Johnson Yalmer M | 91-1161 |
| Kagels Robert L | 94-2276 |
| Kerr James H | 91-2194 |

Central District of Illinois Urbana Division

| Name | Case# |
| --- | --- |
| Kimbrell Virgil L | 92-1492 |
| Kinney John A | 91CV02488 |
| Kiser Howard L | 91-2193 |
| Kohlhause Louis A | 91-2175 |
| Kress Elmis E Jr | 91-2178 |
| Krutsinger Clark L | 91CV02482 |
| Kull Carl M | 94-2234 |
| Lamb Dennis H | 92-1519 |
| Lane Robert H | 91-3152 |
| Lane Thomas A | 94-2182 |
| Largent Richard D | 91CV01354 |
| Leamons Doyle E | 92-2323 |
| Leitner Philip F Sr | 91-1158 |
| Lippert Charles A | 92-2141 |
| Lippert James E Sr | 91CV01382 |
| List Glenn L Sr | 91-3151 |
| Litersky Eugene F Jr | 91CV01381 |
| Losher Harold E | 91-1140 |
| Lovett Charles J Sr | 94-2281 |
| Lucas Gary A | 92-1491 |
| Luttrell Robert E | 94-2199 |
| Mace Leroy L | 91-1134 |
| Manning Elmer L | 93-1169 |
| Marks William J | 93-1156 |
| Maynard John L | 93-1158 |
| McCartney Charles A | 94-2280 |
| McClellan Fred T | 94-2277 |
| McKenzie Paul D | 94-2180 |
| McMullen Russel W Sr | 91CV01348 |
| McQueen William H Sr | 91CV02484 |
| McWethy Roy E Sr | 91-2188 |
| Meeker Orville K Sr | 94-2250 |
| Meyer Donald F | 91-2196 |
| Miller Lavern J | 91CV01353 |
| Miller Lloyd R | 91CV02485 |
| Mills Lloyd C | 92-2324 |
| Minor John W | 91CV03332 |
| Mitchell Marvin M | 91CV02490 |
| Montonye Randall D | 91-1258 |
| Morgan Donald C | 93-2134 |
| Morton Kenneth E | 94-2259 |
| Mott Merle R | 94-2235 |
| Mumm Roy F | 94-2278 |

Central District of Illinois Urbana Division

| Name | Case# |
|---|---|
| Murray Jerry L | 94-2263 |
| Myers Jack | 94-2264 |
| Nance Dean C | 94-2197 |
| Nicholson Arthur J Jr | 91-2133 |
| Noble Olen E | 923289 |
| Normandin Glen E Sr | 94-2238 |
| O'Connor Edward C | 91-1129 |
| Oetgen William E | 92-1490 |
| Ogle Edward W | 94-2244 |
| Palfi Andrew J | 94-2181 |
| Parson Delbert D | 92-1503 |
| Partlow Charles H | 94-1132 |
| Pedigo Gaylord T | 92-1517 |
| Perillo Anthony R | 94-2298 |
| Peterson Robert E | 94-2288 |
| Phillips George E | 92-1502 |
| Phillips Howard M Sr | 94-2196 |
| Plue Alvin E | 91CV01410 |
| Poepping Paul F | 93-3099 |
| Polley Edward E | 94-2283 |
| Preston Ronald E | 91CV01373 |
| Pritchard Ray H | 91CV02483 |
| Pritchard William A Sr | 91CV02486 |
| Rebmann John P | 94-2251 |
| Ricketts Leslie E | 91CV02518 |
| Robeck Edward A | 94-2297 |
| Rogers Carol S | 921212 |
| Rogers Franklyn D | 92-1501 |
| Rowles Charles H | 93-1159 |
| Sanford William M Sr | 93-2133 |
| Schierer Gerald R | 92-1500 |
| Schierer James R | 91CV01369 |
| Schmidt Robert L Sr | 91-1149 |
| Schum Eugene A | 94-2243 |
| See Clara B | 91-2187 |
| Shepherd John C | 91CV02519 |
| Smith Kenneth Sr | 94-2254 |
| Smith Thomas E | 93-2230 |
| Snyder Ameses B Jr | 94-2178 |
| Snyder Kenneth C Sr | 91CV03331 |
| Spillman William L | 93-1230 |
| Stanbary Brook V | 921222 |
| Stoneburner Jerry D Sr | 91-1142 |

Central District of Illinois Urbana Division

| Name | Case# |
| --- | --- |
| Stranz Larry W | 91-1132 |
| Sturgeon Joseph A Jr | 91-2192 |
| Teel Don C Sr | 92-1516 |
| Tenuyl Gerrit H | 91-2181 |
| Terrell George C | 91-1160 |
| Thompson Curtis S | 923288 |
| Turnbow Jim C Sr | 93-1157 |
| Unes John L | 91-1135 |
| Van Horn Bert E | 91-1141 |
| Vanderkolk Richard J | 94-2256 |
| Vatsula Paul K | 94-2290 |
| Vaughn William W | 94-2179 |
| Von Boeckman Carl H Jr | 91-1144 |
| Vrzina Robert Jr | 94-2296 |
| Waterstradt Henry J Sr | 94-2294 |
| Weaver Eddie K | 92-1494 |
| Weber Emerson G Sr | 91CV1252 |
| Weber Marvin R | 923096 |
| Weeks Donald R Sr | 91CV02481 |
| Welter Dale A | 91CV01352 |
| White Donald L | 92-2322 |
| White Donald W | 94-2284 |
| Williams Charles F | 93-2085 |
| Wills James C | 94-2176 |
| Woods Jack A | 91-1138 |
| Wright Charles E | 91-3153 |
| Wynd Richard J | 91-1163 |
| Wynd Robert F | 921218 |
| Zaborac John F | 93-1167 |